IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SANDRA BAGGETT, as next friend and mother of JESSICA BAGGETT, a minor, ) ) ) | |
| plaintiff, ) | Civil Action No. 1:06-cv-254-M |
| ) v. ) ) | |
| JOHNNIE L. BURFORD, et al., ) ) | |
| Defendants. ) | |

## JOINT MOTION FOR APPROVAL OF PRO AMI SETTLEMENT

Come now plaintiff Sandra Baggett, individually and as next friend and mother of Jessica Baggett, a minor, and defendants Johnnie L. Burford and James C. Burford, incorrectly designated in plaintiff's complaint as "James C. Burford, d/b/a Burford Trucking Company," by and through their respective undersigned counsel of record, and move the Court to approve the settlement of all claims asserted by Sandra Baggett, as next friend and mother of Jessica Baggett. In support of this motion, the parties would show as follows:

1.    This action arises out of an accident that occurred on November 18, 2004, on Highway 43 in Jackson, Alabama. On that date, Johnnie L. Burford was driving a tractor-trailer loaded with logs and was traveling south on Highway 43, approaching its intersection with Highway 177. The load of logs had a red light (a flashlight with red tape over the lens) attached to the rear of the load on the left side. Jessica Baggett was driving a vehicle south on Highway 43 and was behind the truck driven by Johnnie L. Burford. At approximately 5:42 p.m., the vehicle driven by Jessica Baggett struck a log that was extending from Johnnie L. Burford's log trailer. The log struck the hood of Jessica Baggett's vehicle first, then traveled up the hood, puncturing the windshield on

the driver's side, then striking Jessica Baggett in the face.

2. Plaintiff filed the instant action against defendants, alleging that they negligently, wantonly, recklessly, or willfully caused the accident.

3. The defendants hotly contest and dispute the plaintiff's liability and damages claims, and strictly deny that they are in any way responsible for the accident. They contend that Jessica Baggett's contributory negligence caused the accident.

4. After conducting a significant amount of informal discovery prior to litigation and participating in mediation, the parties have entered into a compromise settlement as to all claims that have been or could have been asserted against defendants. Under the terms of the settlement agreement, $375,000.00 will be paid to Sandra Baggett, individually and as next friend and mother of Jessica Baggett, in full and final settlement of all claims against defendants. In view of the fact that Jessica Baggett is a minor, the parties hereby request Court consideration and approval of this settlement.

5. The Court has appointed David M. O'Brien, Esq. as guardian ad litem for the minor plaintiff, Jessica Baggett.

6. The parties jointly request and consent to the hearing on this matter being conducted by a Magistrate Judge.

7. It is expressly represented to the Court that this compromise settlement is just, fair and reasonable, and is in the best interests of the minor child.

WHEREFORE, all parties to this action move the Court to conduct a hearing so as to approve the aforesaid settlement, and to enter an order and judgment releasing and forever discharging said defendants from any and all further liability as to the minor plaintiff (or anyone

acting on their behalf), arising out of or related to the accident made the basis of this action, and releasing and forever discharging any and all claims which were or possibly could have been asserted in this action by or on behalf of the minor child against the defendants.

_____
JOHN R. NIX, ESQ.
RYAN P. HOLLOWAY, ESQ.
Attorneys for Plaintiff


**LUTHER, OLDENBURG & RAINEY, P.C.**
63 S. Royal Street, Suite 1000
Mobile, AL 36602
Telephone:   (251)433-8088
Facsimile:   (251)433-8011
jrnix@lor-lawyers.com
rpholloway@lor-lawyers.com


_____
FORREST C. WILSON, III   (WILSF6879)
Attorney for Defendants


**McDOWELL KNIGHT**
  **ROEDDER & SLEDGE, L.L.C.**
Post Office Box 350
Mobile, Alabama 36601
Telephone:   (251) 432-5300
Facsimile:   (251) 432-5300
Email: fwilson@mcdowellknight.com